ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :   **ORDER**
         - v. -                     :
                                    :   S3 06 Cr. 428 (SWK)
JOEL LNU,                           :
  a/k/a "Montilla,"                 :
                    Defendant.      :
- - - - - - - - - - - - - - - - - - - - x

Upon application of the United States of America, by and through Assistant United States Attorney Michael English, it is hereby ORDERED that Indictment S3 06 Cr. 428 (SWK), which was filed under seal on or about February 21, 2007, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
         September 19, 2007

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

**FRANK MAAS**
United States Magistrate Judge
Southern District of New York

9-19-07