```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            x
                                    x    06 Cr. 428 (SWK)
            -against-               x
                                    x
MARIO GONZALEZ, et al.,             x    ORDER
                                    x
            Defendants.             x
------------------------------------X
```

**SHIRLEY WOHL KRAM, U.S.D.J.**

At the request of José Muñiz, Esq., who represents defendant Mario Gonzalez, the conference scheduled for November 7, 2007, at 10:30 a.m. is hereby adjourned. The defendants, Mario Gonzalez and Miguel Sierra-Marte, along with their counsel and counsel for the Government, shall appear for the next pretrial conference in this matter on December 12, 2007, at 10:30 a.m., in Courtroom 15A, 500 Pearl Street, New York, NY. In the interests of justice, time under the Speedy Trial Act is excluded until that date.

SO ORDERED.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #:
DATE FILED: 11/8/07
```

_____
SHIRLEY WOHL KRAM
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         November 7, 2007

**COPIES MAILED**