UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA             x
                                     x    06 Cr. 428 (SWK)
        -against-                    x
                                     x    **ORDER**
MARIO GONZALEZ, et al.,              x
                                     x
        Defendants.                  x
------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/07
```

**SHIRLEY WOHL KRAM, U.S.D.J.**

It is hereby

ORDERED that the trial of defendants Mario Gonzalez and Miguel Sierra-Marte shall commence on April 21, 2008, at 10:00 a.m., in Courtroom 15A, 500 Pearl Street, New York, New York;

ORDERED that any Motions in Limine shall be filed on or before March 10, 2008;

ORDERED that any Responses to such Motions in Limine shall be filed on or before March 17, 2008;

ORDERED that any Replies thereto shall be filed on or before March 24, 2008;

ORDERED that the parties' Requests to Charge and Proposed Voir Dire shall be filed on or before March 31, 2008, with a courtesy copy and an electronic copy (in Word or WordPerfect format) hand delivered to Chambers no later than 6:00 pm;

ORDERED that the Government shall provide notice of its intention to introduce evidence, if any, pursuant to Federal Rule of Evidence 404(b) on or before April 7, 2008;

ORDERED that Defendant's responses, if any, to the Government's proposed Rule 404(b) evidence shall be filed on April 14, 2008;

ORDERED that the parties shall appear for a final pre-trial conference on Wednesday, April 16, 2008, at 10:30 a.m., in Courtroom 15A, 500 Pearl Street, New York, New York; and

ORDERED that the Government shall provide 3500 material on or before April 18, 2008.

SO ORDERED.

```
                              SHIRLEY WOHL KRAM
                         UNITED STATES DISTRICT JUDGE
```

Dated:    New York, New York
          December 12, 2007

2