```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA          x
                                  x
        -against-                 x    06 Cr. 428 (SWK)
                                  x
MARIO GONZALEZ,                   x    **ORDER**
                                  x
        Defendant.                x
----------------------------------X

**SHIRLEY WOHL KRAM, U.S.D.J.**

In a facsimile submitted on January 18, 2008, the defendant requested that the Court amend the caption in this case to reflect his true name, which he alleges is "Joel Antonio Ramirez Maria." The Government apparently has no objection to this request. Nevertheless, before the Court formally amends the caption in this case, it requires evidence that the defendant's name is actually "Joel Antonio Ramirez Maria." See, e.g., United States v. Langster, 99-40037-01-SAC, 1999 WL 1021070, at *1 (D. Kan. Sept. 14, 1999) (requesting that parties provide evidence of defendant's actual name). Therefore, the Court orders the parties to submit on or before February 1, 2008, a summary of the evidence demonstrating that the defendant's name is "Joel Antonio Ramirez Maria," as well as copies of supporting documentary evidence they wish the Court to consider, cf. id. (indicating intention to consider "any relevant evidence" of defendant's name).

SO ORDERED.

                                                                    _____
                                                                    SHIRLEY WOHL KRAM
                                                                    UNITED STATES DISTRICT JUDGE

Dated:     New York, New York
              January 23, 2008