**LAW OFFICE OF JOSÉ A. MUÑIZ, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
277 BROADWAY, SUITE 108, NEW YORK, NEW YORK 10007
(212) 964-3736  FAX (212) 227-0397
Jamlaw305@aol.com

## MEMORANDUM ENDORSED

May 28, 2008

By Fax # 212-805-6321

Honorable Shirley W. Kram
U.S. District Court
Southern District of New York
500 Pearl Street,
New York, NY 10013

**RECEIVED**

MAY 29 2008

JUDGE S. W. KRAM
CHAMBERS

RE:  U.S.A. v Mario Gonzalez, et., al
     06 CR 428 (SWK)

Dear Justice Kram:

My office represents Mr. Mario Gonzalez, with reference to the above entitled matter.

This matter is on for June 4th, 2008, at 10:30 a.m. before your Honor for a plea.

I am requesting an adjournment of this case. I previously made a request, dated November 7th, 2007 as a result of my mother's illness and eventual death. Your honor granted my request. This matter was scheduled for appearance before your Honor several weeks ago, but an adjournment was requested by co-counsel Weinstein and Goldstein. Your Honor granted the request for adjournment.

Your Honor set this matter for June 4th, at 10:30 a.m. I am making the request because the June 4th 10:30 a.m. date conflicts with a previously scheduled court appearance in New Jersey, Passaic County. I became aware of this conflict yesterday, when my secretary brought it to my attention. Lastly, AUSA Michael English has no objection to the adjournment.

I am kindly requesting the Court to schedule the matter for a later date which is convenient to the Court.

Application denied. The parties shall appear, as previously directed, for a conference to be held in Courtroom 15A, 500 Pearl Street, on June 4, 2008, at 10:30 a.m.

RESPECTFULLY SUBMITTED,

JOSÉ A. MUÑIZ, ESQ.

cc:  AUSA Michael English (Fax)

SO ORDERED

JUDGE SHIRLEY WOHL KRAM
U.S.D.J.
Dated: June 2, 2008
New York, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08