```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA             x
                                     x    06 Cr. 428 (SWK)
            -against-                x
                                     x
MARIO GONZALEZ, et al.,              x    ORDER
                                     x
            Defendants.              x
------------------------------------X
```

**SHIRLEY WOHL KRAM, U.S.D.J.**

At the request of José Muñiz, Esq., who represents the defendant, Mario Gonzalez, and due to recent developments in this matter, the conference scheduled for June 4, 2008, at 10:30 a.m., is hereby adjourned. The next pretrial conference is scheduled for July 2, 2008, at 10:30 a.m., in Courtroom 15A, 500 Pearl Street, New York, NY. In the interests of justice, time under the Speedy Trial Act is excluded until that date. At the time of the next conference, the parties shall be prepared to set a trial date and corresponding pretrial schedule, or to explain how this matter will be otherwise resolved.

SO ORDERED.

                                              _____
                                                    SHIRLEY WOHL KRAM
                                              UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 6/3/08

Dated:   New York, New York
          June 3, 2008