USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/2/08_

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            x
                                    x    06 Cr. 428 (SWK)
        -against-                   x
                                    x    ORDER
MARIO GONZALEZ, et al.,             x
                                    x
        Defendants.                 x
------------------------------------X
```

**SHIRLEY WOHL KRAM, U.S.D.J.**

It is hereby

ORDERED that the trial of defendants Mario Gonzalez and Miguel Sierra-Marte shall commence on September 29, 2008, at 10:00 a.m., in Courtroom 15A, 500 Pearl Street, New York, New York;

ORDERED that any Motions in Limine shall be filed on or before August 18, 2008;

ORDERED that any Responses to such Motions in Limine shall be filed on or before August 25, 2008;

ORDERED that any Replies thereto shall be filed on or before September 2, 2008;

ORDERED that, should the Government intend to introduce evidence under Federal Rule of Evidence 404(b), it shall file a request for a conference on that matter no later than September 2, 2008;

ORDERED that the parties' Requests to Charge and Proposed Voir Dire shall be filed on or before September 8, 2008, with a

courtesy copy and an electronic copy (in Word or WordPerfect format) hand delivered to Chambers no later than 6:00 pm;

ORDERED that the parties shall appear for a final pre-trial conference on Wednesday, September 24, 2008, at 10:30 a.m., in Courtroom 15A, 500 Pearl Street, New York, New York; and

ORDERED that the Government shall provide 3500 material on or before September 26, 2008.

SO ORDERED.

_____
SHIRLEY WOHL KRAM
UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
         July 2, 2008