JEFFREY COHN
ATTORNEY AT LAW
35 EAST 85TH STREET NO. 4B
NEW YORK, NEW YORK 10028
JCOHNLAW@HOTMAIL.COM

TEL. 646-201-5202 FAX 646-304-2169

July 8, 2008

BY ECF

Honorable Shirley Wohl Kram

United States District Judge

Southern District of New York

**Re: United States v. Mario Gonzalez, 06-cr-00428-SWK-4**

Dear Judge Kram,

I write to notify the Court that I have been retained to represent the defendant in the above-referenced case. I was admitted to practice in this Court in January, 1995 and am currently in good standing.

Sincerely,

Jeffrey Cohn